**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6468**

_____

ROBERT MCKISSICK,

                              Petitioner - Appellant,

        versus

UNITED STATES PAROLE COMMISSION,

                              Respondent - Appellee.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley.    Charles H. Haden II,
District Judge.  (CA-01-825)

_____

Submitted:  June 19, 2003          Decided:  June 25, 2003

_____

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert McKissick, Appellant Pro Se.  Michael Lee Keller, OFFICE OF
THE UNITED STATES ATTORNEY, Charleston, West Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert McKissick, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have independently reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McKissick v. United States Parole Comm'n, No. CA-01-825 (S.D.W. Va. Mar. 11, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2